# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ELLIOT BOOSE,<br><br>              Plaintiff,<br><br>v.<br><br>ELON MUSK; X CORP. DOING BUSINESS IN GEORGIA AS X CORP., A NEVADA CORPORATION,<br><br>              Defendants. | Civil Action No. 1:24-cv-05650-TRJ |

## DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT AND BRIEF IN SUPPORT

### I. INTRODUCTION

Defendants Elon Musk and X Corp. hereby move to strike Plaintiff Elliot Boose's First Amended Complaint (Dkt. No. 24; "FAC") because it was filed in violation of Federal Rule of Civil Procedure 15(a) and without leave of Court.

### II. CITATION OF AUTHORITY

Federal Rule of Civil Procedure 15(a)(1) provides that "[a] party may amend its pleading once as a matter of course no later than: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Federal Rule of Civil Procedure 15(a)(2)

1

provides that "[i]n all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave."

Here, Plaintiff's FAC violates both parts of FRCP 15. Plaintiff filed his FAC on February 20, 2025, *i.e.*, more than 21 days after (A) he purported to have served his complaint on Defendants (Dkt. No. 1-1 at 56-64 (purported proofs of service dated October 9 and 10, 2024)) and (B) Defendants served a "motion under Rule 12(b)" (Dkt. No. 8 (filed on December 17, 2024)). Plaintiff has not asked for, much less obtained, Defendants' written consent, nor has he sought or obtained leave from the Court to file his FAC, as required under Rule 15(a)(2). Plaintiff's FAC therefore should be stricken. *See, e.g.*, *Boykin v. Newsome*, No. 1:21-CV-3454-MHC, 2021 WL 11712120, at *2 (N.D. Ga. Nov. 9, 2021) (striking proposed amended complaint as untimely under Rule 15(a)(1) and filed without the defendants' written consent or the Court's leave, as required under Rule 15(a)(2)); *see also Hoover v. Blue Cross & Blue Shield of Ala.*, 855 F.2d 1538, 1544 (11th Cir. 1988) (affirming district court's treatment of a proposed amended complaint filed in violation of Rule 15(a) as a "nullity").[1]

---

[1] Plaintiff's "Second Opposition Reply to Defendant's Reply in Support of Their Motion to Dismiss the Complaint Under Federal Rules of Civil Procedure 12(b)(2), 12(b)(5), and 12(b)" (Dkt. No. 25) also is procedurally improper and should be disregarded by the Court. Section J.ii. of Your Honor's Guidelines provides that "surreplies should not be filed in the normal course" and must be "authorize[d]" by the Court. Dkt. No. 21 at 20. This mirrors the wider law of this district, which provides that "neither the Federal Rules of Civil Procedure nor this Court's local

### III. CONCLUSION

For all the reasons above, Defendants respectfully request that the Court strike Plaintiff's FAC (and disregard his surreply).

Dated: February 27, 2025

Respectfully submitted,

**SHOOK, HARDY & BACON LLP**

**WILLENKEN LLP**

/s/ *Nia S. Wilson*
_____
Colin K. Kelly
Georgia Bar No. 781072
ckelly@shb.com
Nia S. Wilson
Georgia Bar No. 914011
nwilson@shb.com
1230 Peachtree Street NE, Suite 1200
Atlanta, Georgia 30309-3591
(470) 867-6000 (phone)

/s/ *Kenneth M. Trujillo-Jamison*
_____
Kenneth M. Trujillo-Jamison
(Admitted *pro hac vice*)
California Bar No. 280212
ktrujillo-jamison@willenken.com
707 Wilshire Blvd., Suite 4100
Los Angeles, California 90017
(213) 955-9240 (phone)

*Counsel for Elon Musk and X Corp.*

---

rules authorize the filing of surreplies." *See Byrom v. Delta Family Care –Disability and Survivorship Plan*, 343 F. Supp. 2d 1163, 1188 (N.D. Ga. 2004).

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in 14-point New Times Roman type face.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of February, 2025, I have served a true and correct copy of the foregoing by electronically filing it with the Clerk of Court using the CM/ECF system which will send notice of service to all parties of record and by sending it via first class mail and e-mail to:

>Elliot Boose
>5375 Peachtree Industrial Blvd.
>Norcross, Georgia 30092
>Casray1974@yahoo.com

>>/s/ *Nia S. Wilson*__
>>Nia S. Wilson