1  Kenneth M. Trujillo-Jamison (Bar No. 280212)
   ktrujillo-jamison@willenken.com
2  WILLENKEN LLP
3  707 Wilshire Blvd., Suite 4100
   Los Angeles, California 90017
4  Telephone:  (213) 955-9240
   Facsimile:   (213) 955-9250
5
6  Attorneys for Defendants
   Elon Musk and X Corp.
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | ELLIOT BOOSE, | Case No.: 4:25-cv-03366-DMR |
|---|---|---|
| 12 | Plaintiff, | Hon. Donna M. Ryu |
| 13 | v. | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| 14 | | |
| 15 | ELON MUSK; X CORP. DOING BUSINESS IN GEORGIA AS X CORP., A NEVADA CORPORATION, | |
| 16 | | |
| 17 | Defendants. | |

1  TO THIS HONORABLE COURT AND ALL PARTIES:

2      PLEASE TAKE NOTICE that, under Civil L.R. 11-5, Colin K. Kelly and Nia S. Wilson
3  of the Shook, Hardy and Bacon LLP firm hereby withdraw as counsel for defendants Elon Musk
4  and X Corp. ("Defendants") in this matter. Kenneth M. Trujillo-Jamison of the Willenken LLP
5  firm will remain as counsel for Defendants.

6                                          Respectfully submitted,

7  Dated:  May 2, 2025                     WILLENKEN LLP

9                                          By:   */s/ Kenneth M. Trujillo-Jamison*
10                                               Kenneth M. Trujillo-Jamison
                                                 Attorneys for Defendants
11                                               Elon Musk and X Corp.

12                                          SHOOK, HARDY & BACON LLP

13                                          By:   */s/ Colin K. Kelly*
14                                               Colin K. Kelly
                                                 Nia S. Wilson
15                                               1230 Peachtree Street NE, Suite 1200
                                                 Atlanta, Georgia 30309-3591
16                                               Telephone: (470) 867-6000
17                                               Withdrawing Attorneys for Defendants
                                                 Elon Musk and X Corp.

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, the filer of this document, attest that all signatories have concurred in the filing of this document.

Dated: May 2, 2025                              WILLENKEN LLP

                                                By:  */s/ Kenneth M. Trujillo-Jamison*
                                                     Kenneth M. Trujillo-Jamison