United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT CASRAY BOOSE,<br><br>    Plaintiff,<br><br>    v.<br><br>ELON MUSK, et al.,<br><br>    Defendants. | Case No. 25-cv-03366-AMO<br><br>**ORDER RE PLAINTIFF'S MOTIONS**<br>Re: Dkt. Nos. 51, 55 |

Before the Court are three motions from Plaintiff Elliot Boose. For now, the Court only resolves two of them. In the first motion resolved in this Order, Boose requests waiver of service. ECF 51. Federal Rule of Civil Procedure 4(d)(1) sets forth the proper procedure for requesting a waiver of service from Defendants. Instead of complying with that procedure, Boose instead seeks an order from the Court requiring Defendants to waive service. ECF 51 at 2. It is Defendants who can waive service – the Court cannot order Defendants to waive service. Therefore, the Court **DENIES** Boose's motion for waiver of service.

In the second motion resolved in this Order, Boose requests to have all hearings conducted via teleconference and video conference. ECF 55. In an earlier order, the Court denied an identical request and left open the opportunity for Boose to "revive the request employing the procedure provided in the Court's Standing Order." ECF 48 at 4. The Court again **DENIES** Boose's request to have all hearings conducted remotely because the Court declines to permit such a blanket request. The Court's Standing Order permits requests for remote appearance as to a particular setting, not for all settings in a given case. Mr. Boose can submit a request for a particular setting when needed.

The remaining pending motion at the time of this Order is Boose's motion to amend the complaint. ECF 49. The Court recently continued the hearing on that motion from August 8, 2025, to August 28, 2025. *See* ECF 59. The Court hereby **VACATES** the August 28, 2025 hearing. The Court will set the motion for hearing only after Boose successfully effects service on Defendants or secures a waiver of service.

**IT IS SO ORDERED.**

Dated: July 30, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**