UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELLIOT CASRAY BOOSE,

      Plaintiff,

     v.

ELON MUSK, et al.,

      Defendants.

Case No.25-cv-03366-AMO

**JUDGMENT**

On March 24, 2026, the Court dismissed the action after screening the amended complaint in accordance with Title 28 U.S.C. § 1915.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 24, 2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**